UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )     BK No.:   16-32291
Cassandra Davidson )
  )
  )     Chapter: 13
  )
  )     Honorable Deborah L. Thorne
  )
Debtor(s) )

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The monthly plan payment is increased to $780.

2. The minimum unsecured dividend is increased to no less than 16%.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: 15 MAY 2019

**Prepared by:**
Dale Riley
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603

Rev: 20170105_bko